

United States District Court
for the
Northern District of Georgia
Atlanta Division

3:22-CV 62

Ivan Brown
_____
Plaintiff,

v                          Case Number:

State of Minnesota
Keith Ellison Attorney General
State Senate of MN
_____
Defendant,
State House of Representitives
Ramsay County Child Support, mn.

For 14 years I have been on Child Support. The VA took over in 2012 it was started in 2011. The State of Minnesota has placed itself above the Federal government. I have delt with this for far to long. At this point I should have a 0 balance do to being a 100% disabled vet. They (MN) says that my VA check is considered to be income when Congress said its not. I pleaded and begged thru the years. The enclosed documents speak for them selves. In my last hearing with MN they said 20% interest 75 per month fee and plus or minus. They (mn) would file a restraing order each hearing that keep me from seeing my child. I am asking for $100,000,000 to end this treatment to future vets.

3:22-CV 62

Minnesota has commited ~~Racketering~~ Racketeering and Extortion. Racketeering by ignoring the VA, Clayton County Court and Congress. They tried to pressure me to pay what they asked when the VA sent them a letter in 2014 outling that they (VA) had taken the case. Instead the Suspened my license and tried to get me arrested in Clayton County GA Then stated they would not honor any out of state courts. I am a 100% Disabled vet. Congress has spoken and they wrote their own ~~laws.~~ laws. I would like to ask to have MN. 11th amendent Suspened in this case.